UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civ. No. 00-1564-JRT/FLN

WEBovation, Incorporated,

Plaintiff,

**STIPULATION AND ORDER**

vs.

Amazon.com, Incorporated,

Defendant.

The above-entitled parties hereby stipulate and agree that the time to answer or otherwise respond to the Complaint is extended to August 28, 2000.

**CRAGG & THONE, PLLP.**

Date: August 8, 2000

By: ______________________
Robert S. Cragg; 19574
Attorneys for Plaintif
310 Wells Fargo Bank Building
1011 First Street South
Hopkins, MN 55343
(952) 933-8993

**DORSEY & WHITNEY LLP**

Date: 8/8/00

By: ______________________
Paul B. Klaas; 56327
Attorneys for Defendant
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
(612) 340-2817

**OF COUNSEL:**
John C. Rawls, Esq.
Jones, Day, Reavis & Pogue
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025
(213) 489-3939

AUG 10 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based upon the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED** that Amazon.com, Inc. shall have until August 28, 2000 to answer or otherwise respond to the Complaint.

Dated: 8/9/00

Franklin L. Noel

Chief Magistrate Judge
Franklin L. Noel